UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIM NO.: 23- mj -00194-MAU |
| BRYAN ROGER BISHOP, | |
| Defendant. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for BRYAN ROGER BISHOP.

August 14, 2023                    Respectfully submitted,

By: **/s/ *Lionel André*** 
Lionel André
SECIL Law, PLLC
DC Bar No. 422534
1701 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006
landre@secillaw.com
Telephone: 703.304.6529
*Counsel for Bryan R. Bishop*

1

## CERTIFICATE OF SERVICE

The undersigned herby certifies that he has this day served opposing counsel with the foregoing document by filing the same with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record

This 14th day of August 2023.

/s/ *Lionel André*
Lionel André