**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **PLAINTIFF,** | : | |
| | : | |
| v. | : | **Case No.: 23- mj -00194-MAU** |
| | : | |
| **BRYAN R. BISHOP,** | : | |
| | : | |
| **DEFENDANT.** | : | |
| _____ | : | |

**[PROPOSED] ORDER**

Upon consideration of Defendant Bryan R. Bishop's Motion to Remove GPS Monitor Due to a Change in Circumstances, and the government's opposition to modifying the conditions of release, the Court finds that a factual basis exists to modify the defendant's condition of release by removing the GPS monitoring requirement.  Accordingly, the Court hereby:

**ORDERS** Pretrial Service Agency to remove the GPS from defendant Bryan R. Bishop.

**SO ORDERED**.

October    , 2023.                    _____

U.S. Magistrate Judge for the District of Columbia