# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case no. 23-MJ-00194 |
| v. | |
| **BRYAN BISHOP,** | |
| **Defendant.** | |

## ORDER

This matter having come before the Court pursuant to a Consent Motion to Continue, and upon consideration of the entire record, it is hereby:

ORDERED that the Motion is GRANTED; it is further

ORDERED that the hearing scheduled for October 31, 2023, is continued to November 30, 2023, at 1:00 PM; and it is further

ORDERED that the period of time between October 31, 2023, and November 30, 2023, shall be excluded from computing time under the Speedy Trial Act because the ends of justice served by such a continuance outweigh the interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(1) & (h)(7). The Court finds that the parties are working in good faith towards a potential resolution, and that delay is necessary for the parties to review discovery and work towards an agreement for pretrial disposition of the case.

**SO ORDERED.**

| | |
|---|---|
| Washington, D.C. | HONORABLE ZIA M. FARUQUI |
| October 25, 2023 | United States Magistrate Judge |