# COURT MINUTES/ORDER

## United States Magistrate Judge Lurana S. Snow

Courtroom(Key West)     Date: 8/8/2023     Time: 12:30PM

Defendant: Bryan Roger Bishop(J)    J#: _____    Case #: 23-Mj-5010-LSS

AUSA: Christopher Browne     Attorney: Ian McDonald, AFPD

Violation: Civil Disorder; Assaulting, Resisting, or Impeding Certain Officers with Deadly Weapons

Proceeding: Initial Appearance- Rule 40/5 Removal     CJA Appt: _____

Bond/PTD Held: ☒ Yes ☐ No     Recommended Bond: $100K PSB

Bond Set at: $100K PSB     Co-signed by: _____

- ☒ Surrender and/or do not obtain passports/travel docs
- ☒ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☒ No firearms
- ☒ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring with GPS and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☒ Other: Remove firearms from home.

Language: English

Disposition:
- Defendant present.
- The Court grants the Government's Ore Tenus Motion to Unseal the Complaint
- Defendant advised of rights and charges. Sworn and testified Re Indigency. AFPD appointed for purposes of removal.
- Defendant waives removal hearing.
- Speedy trial is excluded today through 8-17-2023.
- Initial appearance in Other District is 8-17-2023

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____
D.A.R. 12:32:20     Time in Court: 20mins.

CHECK IF APPLICABLE: ___ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..