UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| PLAINTIFF, | : | |
| v. | : | Criminal No. 23-cr-0400 (TJK) |
| BRYAN R. BISHOP, | : | |
| DEFENDANT. | : | |

### DEFENDANT BRYAN R. BISHOP'S MOTION FOR U.S. MARSHAL'S SERVICE TO COVER ONE-WAY TRANSPORTATION TO ATTEND COURT PROCEEDING

The defendant, Bryan R. Bishop, through counsel, respectfully moves this Court for an order directing the U.S. Marshal's Service to arrange and incur the cost of Mr. Bishop's one-way transportation to attend a change of plea hearing before the Court on Tuesday, April 30, 2024.

As grounds for this Motion, the defense states as follows:

1. Defendant Bishop is an indigent, disabled Veteran who is unable to afford the cost of travel from his home in Florida to attend court in the District of Columbia on April 30, 2024, without undue hardship.

2. 18 U.S.C., Section 4285 authorizes payment for the travel of released indigent criminal defendants on bail at court proceedings.

3. Accordingly, Defendant Bishop makes this motion pursuant to 18 U.S.C. § 4285, which allows this Court to direct the United States Marshal to arrange for Defendant Bishop's non-custodial transportation and to furnish the fare for such transportation to Washington, D.C., where his appearance is required.

"Providing custodial transportation imposes financial costs on the government and disrupts the human resources of the United States Marshal's Service. As indicated in the legislative history to [18 U.S.C. § 4285] ..., arranging for non-custodial transportation provides a cheap, efficient

means for ensuring the court appearance of willing, indigent defendants who reside outside the judicial district." *United States v. Gonzales*, 684 F.Supp. 838 (D. Vt. April 29, 1988). (1942).

4. Once the court determines that a defendant is unable to afford his own transportation to court, the court can direct the U.S. Marshals to provide the cost of one-way transportation to the Washington, D.C.

5. The defense informed the Government of the pending motion. The Government does not oppose the instant motion.

WHEREFORE, Mr. Bishop respectfully requests that this Court grant his motion for the Marshal's Service arrange and incur the cost of the Defendant Bishop's transportation to Washington, D.C. pursuant to 18 U.S.C. § 4285.

Respectfully submitted,
SECIL Law PLLC

By:     /s/ Lionel André
Lionel André,
DC Bar No. 422534
1701 Pennsylvania Ave., N.W.
Suite 200
Washington, D.C. 20006
Phone: 703.232.4622
Email: landre@secillaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2024, I caused a copy of the foregoing motion to be served on Sonia Murphy via the Court's electronic filing system.

/s/ Lionel André
Lionel André